# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>PETER ALONZO (1), PEDRO ALONZO-RAMIREZ (2),<br><br>                      Defendants. | Case No.: 19cr3562-JAH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL TO JANUARY 21, 2020 at 9:00 AM.** |

Upon motion of the parties and good cause appearing,

IT IS HEREBY ORDERED that the trial currently set for January 14, 2020, is continued to **January 21, 2020, at 9:00 AM**. Time is excluded pursuant to the Speedy Trial Act due to the unavailability of defense counsel and in the interest of justice from January 14, 2020, to January 21, 2020.

**IT IS SO ORDERED**.

DATED: December 19, 2019

HONORABLE JOHN A. HOUSTON
United States District Judge